■ In the Matter of the Estate of WALTER J. TUREK, Deceased. CHESTER J. TUREK, Appellant; JOHN TUREK, Respondent. [649 NYS2d 887] —Order unanimously affirmed without costs for reasons stated in decision at Cattaraugus County Surrogate's Court, Nenno, S. (Appeal from Order of Cattaraugus County Surrogate's Court, Nenno, S.—Will Contest.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.